STATE OF CONNECTICUT *v.* JOHN J. COMMINS

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 496 (AC 23953), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant had waived his right to challenge the trial court's determination that he was a third offender pursuant to General Statutes § 14-227a (g)?"

The Supreme Court docket number is SC 17248.

*Darcy McGraw,* special public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided September 8, 2004

EMILE KING *v.* COMMISSIONER OF CORRECTION

The petitioner Emile King's petition for certification for appeal from the Appellate Court, 83 Conn. App. 903 (AC 23954), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided September 8, 2004